**Opinion issued December 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00871-CV

_____

## IN RE PAULA MILLER, Relator

---

## Original Proceeding on Petition for Writ of Prohibition

---

### MEMORANDUM OPINION

Relator, Paula Miller, has filed a motion to dismiss her petition for writ of prohibition.[*] No other party has filed a notice of appeal, and no opinion has issued. Further, although Miller failed to include a certificate of conference in her motion, she did include a certificate of service, more than 10 days have passed since the

---

[*] The underlying case is *Paula M. Miller v. James A. Prince A/K/A James Andre Smith and Lease-A-Lot, Inc.*, cause number 64725, pending in the 23rd District Court of Brazoria County, Texas, the Hon. Ben Hardin presiding.

motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss Miller's petition for writ of mandamus. *Cf.* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.